No. 701. KANSAS CITY SOUTHERN RY. CO. v. SANFORD. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Arkansas denied. Messrs. F. H. Moore, James B. McDonough, A. F. Smith, and Samuel W. Moore for petitioner. Mr. S. P. Jones for respondent.

No. 706. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., v. DEAN. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. Shepard Bryan for petitioner. Mr. John M. Slaton for respondent.

No. 628. McCAUGHN, FORMERLY COLLECTOR OF INTERNAL REVENUE, v. CARNILL, EXECUTRIX. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Solicitor General Thacher for petitioner. Mr. Joseph L. McAleer for respondent.

No. 644. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. HODGKINS, EXECUTRIX. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Solicitor General Thacher for petitioner. No appearance for respondent.

No. 679. PACIFIC SOUTHWEST TRUST & SAVINGS BANK, EXECUTOR, v. COMMISSIONER OF INTERNAL REVENUE. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. Frank H. McCulloch and Hugh W. McCulloch for